IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILONKA GONZALEZ, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-2272 |
| | : | |
| DEPARTMENT OF THE TREASURY | : | |
| INTERNAL REVENUE SERVICE | : | |

## ORDER

AND NOW, this 22nd day of September 2021, upon considering the United States' unopposed Motion to dismiss for lack of subject matter jurisdiction or transfer venue (ECF Doc. No. 7), and finding no basis to find we lack subject matter jurisdiction due to failure to exhaust but also finding Congress requires the taxpayers bring this claim in the District in which they reside, it is **ORDERED** the United States' Motion (ECF Doc. No. 7) is **GRANTED in part** and **DENIED in part**:

1. The United States' Motion to dismiss for lack of subject matter jurisdiction is **DENIED**;

2. The United States' alternative Motion to transfer venue to the District in which the taxpayers reside is **GRANTED** requiring the Clerk of Court forthwith **transfer** this case to the Clerk of Court for the United States District Court for the Southern District of New York; and,

3. The Clerk of Court shall **close** this case in this District.

_____
**KEARNEY, J.**