```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ILONKA GONZALEZ, et al.,**

                            **Plaintiffs,**                    **21-CV-07941 (ALC)(SN)**

   **-against-**                                                         **ORDER**

**DEPARTMENT OF THE TREASURY INTERNAL
REVENUE SERVICE,**

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 15, 2021, the Honorable Andrew Carter, Jr. referred this case to my docket for general pretrial management. ECF No. 19. A conference is scheduled for Tuesday, January 11, 2022, at 10 A.M. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiffs.

**SO ORDERED.**

                                                                          _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     New York, New York
                 December 17, 2021