**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

ILONKA GONZALEZ, et al.,

                                      Plaintiffs,

                 -against-

DEPARTMENT OF THE TREASURY INTERNAL
REVENUE SERVICE,

                                      Defendant.

--------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/11/2022 ___
```

**21-CV-07941 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     The case is stayed for 90 days to allow the parties to engage in settlement negotiations.

The parties shall file a letter with the court on the status of settlement negotiations no later than

April 11, 2022. If a settlement agreement is reached sooner, the parties shall file a letter with the

court within 10 days.

     The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            January 11, 2022