**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    1/13/2022
```

ILONKA GONZALEZ, et al.,

                **Plaintiffs,**

       -against-

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE,**

              **Defendant.**
-------------------------------------------------------X

**21-CV-07941 (ALC)(SN)**

**ORDER GRANTING PRO**
**BONO COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

       At the initial case management conference held on January 11, 2022, the Court inquired

whether Plaintiffs would benefit from the assistance of pro bono counsel. Plaintiffs indicated that

they would like pro bono counsel and so the Plaintiffs' oral application is GRANTED.

       Plaintiffs are reminded that there are no funds to secure counsel in civil cases and that the

Court relies on volunteers. The Court may not be able to locate pro bono counsel and the

Plaintiffs will be obligated to continue to represent themselves until counsel appears. If a pro

bono lawyer decides to take this case, that attorney will contact Plaintiffs directly. There is no

guarantee, however, that a volunteer attorney will take the case, and Plaintiffs should be prepared

to proceed with the case pro se. Of course, if an attorney offers to take the case, it is entirely

Plaintiffs' decision whether to retain that attorney or not. The Clerk of Court is respectfully

directed to mail a copy of this order to the pro se Plaintiffs.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
            January 13, 2022